**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 499 MAL 2019

                Respondent            :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

             v.                       :

                                  :

CONNOR DAVID POWELL,            :

                                  :

                Petitioner             :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 26th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.